# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCEL CELESTE NAVARRETTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01402-JLT-SAB<br><br>AMENDED SCHEDULING ORDER<br><br>(ECF No. 8) |

On October 31, 2022, this action was removed from the Madera County Superior Court to the Eastern District of California.  (ECF No. 1.)  On January 3, 2023, the scheduling order issued in this action setting deadlines for class discovery and to file a motion for certification of a class action.  (ECF No 6.) On August 19, 2024, the parties filed a stipulation to extend the deadline for class discovery and to file the motion for class certification.  The parties seek to extend the deadlines by approximately six months as they have not yet completed class discovery, they have attended mediation and wish to continue medication discussions, and they anticipate transfer of a related case from the Central District of California.

Accordingly, finding good cause, IT IS HEREBY ORDERED that the January 3, 2023 scheduling order is amended as follows:

1. Deadline to conduct class discovery shall be **February 28, 2025;**

2. Deadline to file a motion for certification of the class shall be **July 16, 2025;** and

3. All other aspects of the January 3, 2023 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **August 19, 2024**

UNITED STATES MAGISTRATE JUDGE