# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCEL CELESTE NAVARRETE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERSTATE MANAGEMENT COMPANY LLC dba LA QUINTA INN & SUITES BY WYNDHAM MADERA; AIMBRIDGE HOSPITALITY, LLC, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-01402 JLT SAB<br><br>ORDER APPROVING THE JOINT STIPULATION AND REMANDING THE ACTION TO MADERA COUNTY SUPERIOR COURT<br><br>(Doc. 11) |

　　　　Darcel Celeste Navarrete initiated this action against Defendants by filing a class action complaint in Madera County Superior Court, Case No. MCV087491. The parties engaged in settlement discussions—including mediation—and report they accepted a mediator's proposal. (Doc. 11 at 2.) In the course of settlement discussions, the parties agreed the matter shall be remanded to the state court. (*Id.*) Accordingly, the parties filed a joint stipulation to remand the matter to Madera County Superior Court for further proceedings. (*Id.* at 1-2.) Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

　　　　1.　　The Joint Stipulation to Remand Action to State Court (Doc. 11) is **APPROVED**.

　　　　2.　　The action is **REMANDED** to Madera County Superior Court.

1

3. The Clerk of Court shall mail a certified copy of this order to Madera County Superior Court.

IT IS SO ORDERED.

Dated: **January 25, 2025**

UNITED STATES DISTRICT JUDGE